

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CARLOS LAMAS, | § | No. 08-21-00095-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th Judicial District Court |
| LUIS RAUL SANDOVAL GONZALEZ, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2020DCV4095) |

## J U D G M E N T

The Court has considered this cause on the record and concludes that there was no error in the granting of the injunction in favor of Appellee. We therefore affirm the trial court's order granting the injunction and remand the cause for further proceedings. We further order that Appellee recover from Appellant all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF AUGUST, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.